710

No. 207. CINCINNATI, NEWPORT & COVINGTON RY. CO. *v.* CINCINNATI ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. John Weld Peck, Charles W. Milner, Frank M. Tracy, Matt Herold,* and *Chester J. Gerkin* for petitioner. No appearance for respondents.

No. 209. MOORE *v.* CHICAGO MERCANTILE EXCHANGE ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Walter Bachrach* and *Arthur Magid* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Mr. Hugh B. Cox* for respondents.

No. 235. BENNETT ET AL. *v.* BOARD OF TRADE ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Walter Bachrach* and *Arthur Magid* for petitioners. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Mr. Hugh B. Cox* for respondents.

No. 282. BOARD OF TRADE ET AL. *v.* MILLIGAN, U. S. ATTORNEY, ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Douglas Stripp* and *E. R. Morrison* for petitioners. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Mr. Hugh B. Cox* for respondents.